```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN VILLAFANE, JR.,

          Plaintiff,

-against-

CITY OF NEW YORK,

          Defendant.

1:20-cv-07357-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court has received Defendants' letter dated March 10, 2021, and Plaintiff's letter dated March 11, 2021. [ECF Nos. 19–20.] IT IS HEREBY ORDERED that Plaintiff shall produce to Defendants any outstanding Section 160.50 releases and medical authorizations, as required under the Section 1983 Plan, on or before March 31, 2021. IT IS FURTHER ORDERED that the deadline to complete mediation is extended from March 26, 2021, to May 10, 2021.

    The Clerk of Court is respectfully requested to terminate docket entries 19 and 20.

**SO ORDERED.**

Date: **March 11, 2021**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**