```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN VILLAFANE, JR.,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.

1:20-cv-07357-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court has received Defendants' letter dated August 31, 2021. [ECF No. 38]. The Court has reviewed Plaintiff's First Amended Complaint filed on August 17, 2021, [ECF No. 32], and determined that it is clearly filed in a deficient manner as the complaint is cut off after the first page. IT IS HEREBY ORDERED that Plaintiff shall re-file his First Amended Complaint in full and as one document on or before September 17, 2021. Failure to do so may result in dismissal of the case for failure to prosecute. Should the Plaintiff have difficulty filing his complaint, he may contact the ECF Help Desk at (212) 805-0800.

    The Clerk of Court is respectfully requested to terminate docket entry 32.

**SO ORDERED.**

Date: September 10, 2021
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**