Gary S. Fish, Esq. (GSF 6551)
Attorney for Plaintiff
30 Vesey Street, 15th Floor
New York, New York 10007
(212) 964-5100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X CASE NO.: 20-cv-7357-MKV

JUAN VILLAFANE, JR.,,

          PLAINTIFF,               PLAINTIFF FIRST AMENDED
                                 COMPLAINT

          -against-

THE CITY OF NEW YORK; THE NEW YORK
CITY POLICE DEPARTMENT, DETECTIVE
JOHN KATECHIS, LIEUTENANT TREVOR
R. ALLEN, DETECTIVE ARIEL EUSEBIO,
SERGEANT ROSA, SERGEANT FREDERIC
ORTIZ, LIEUTENANT PENERO; AND
CAPTAIN DENNEDY,

          DEFENDANTS.
------------------------------------------------------------X

The plaintiff, by and through his attorney Gary S. Fish, Esq., sets forth the following

as his First Amended Complaint,

I.      PARTIES AND JURISDICTION

1. On or about January 16, 2020, and at all times relevant herein, the plaintiff, an

Hispanic-American Male, resided and resides at 55 West 100th Street, #8H, NY, NY 10025.

2. On or about 1-16-20, and at all times relevant herein, on information and belief,

, defendant The City of New York was and is a domestic corporation lawfully organized

-1-