```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN VILLAFANE, JR.,

        Plaintiff,

-against-

CITY OF NEW YORK et al.,

        Defendants.

1:20-cv-07357-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    A Post-Discovery Conference in this matter is scheduled for March 22, 2022 at 11:30 AM.  In anticipation of that conference, the parties' filed a joint status letter, in which they certified that discovery is complete.  [ECF No. 59].  Defendants also represented that they anticipate filing a motion for summary judgment.  [ECF No. 59].  Plaintiff represented that he "reserves the right to cross-move for summary judgment."  [ECF No. 59].

    Defendants subsequently filed a pre-letter motion in anticipation of filing a motion for summary judgment.  [ECF No. 60].  Plaintiff has filed an opposition to that letter.  [ECF No. 61].  However, Plaintiff has not filed a pre-letter motion in anticipation of filing a motion for summary judgment or otherwise indicated whether he intends to cross-move for summary judgment.

    As such, IT IS HEREBY ORDERED that on or before March 23, 2022, Plaintiff is directed, if he intends to move for summary judgment, to file a pre-motion letter in anticipation of moving for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in accordance with the Court's individual rules of practice.

    IT IS FURTHER ORDERED that the Post-Discovery conference scheduled for March 22, 2022 at 11:30 AM is ADJOURNED.

**SO ORDERED.**

**Date: March 17, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2