**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUAN VILLAFANE, JR.,

                Plaintiff,

  -against-                                    20 **CIVIL** 7357 (MKV)

**JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 27, 2023, Plaintiff's motion for summary judgment is DENIED. Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2023

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                          **BY:**      *K. Mango*

                                                      **Deputy Clerk**